Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000 Telephone
(619) 440-5991 Facsimile
Griffinlaw@mac.com

Attorney for Debtor-In-Possession,
Hortensia Carmona

# UNITED STATES BANKRUPTY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 12-08679-PB11 |
| Hortensia Carmona, | Chapter 11 |
| Debtor-in-Possession. | **NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM OR INTEREST** |
| | **(CLAIMS BAR DATE)** |

**TO: ALL CREDITORS OF THE ABOVE-ENTITLED DEBTOR**:

YOU ARE HEREBY NOTIFIED that the last day to file a proof of claim or interest in the above-entitled case is September 21, 2012. A Proof of Claim form is included with this notice. The original of such proof of claim or interest must be filed with the Clerk, United States Bankruptcy Court, 325 West "F" Street, San Diego, California 92101, with a copy mailed or delivered to Andrew H. Griffin, III, Law Offices of Andrew H. Griffin, III, 275 E. Douglas Avenue, Suite 112, El Cajon, California 92020, counsel for Debtor-in-Possession, Hortensia Carmona, on or before September 21, 2012.

You are not required to file a proof of claim or interest unless your claim or interest was not listed, or if the Debtor have listed your claim as disputed, contingent or unliquidated, or if you disagree with the amount or the classification listed in the Schedules of Liabilities filed with the Bankruptcy Court. If you do not file a proof of claim or interest and if your claim or interest is not listed, or is listed as disputed or unliquidated, or you disagree with the amount or the classification your claim, your claim will be deemed to be the amount and classification listed in the Debtor's schedules of Liabilities, if any. The Schedule of Liabilities can be reviewed at the United States Bankruptcy Court at the above address during regular business hours. If you have any doubt regarding the status of your claim you should file a claim by the deadline given.

**Law Offices of Andrew H. Griffin, III**

Dated: June 20, 2011

/s/ Andrew H. Griffin, III
Andrew H. Griffin, III, Esq.
Attorney for Debtor-In-Possession,
Hortensia Carmona

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: | Case Number: | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**COURT USE ONLY**

Name and address where notices should be sent:

❐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:_____**
    (*If known*)

Telephone number:                    email:

Filed on:_____

Name and address where payment should be sent (if different from above):

❐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

Telephone number:                    email:

**1. Amount of Claim as of Date Case Filed:**          $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❐Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**  __ __ __ __ | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❐Real Estate   ❐Motor Vehicle   ❐Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate_____%** ❐Fixed  or  ❐Variable
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**   $_____

**Amount Unsecured:**   $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/11)                                                                                                              2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements.  If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached.  *(See instruction #7, and the definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:**  (See instruction #8)

Check the appropriate box.

❑ I am the creditor.          ❑ I am the creditor's authorized agent.          ❑ I am the trustee, or the debtor,          ❑ I am a guarantor, surety, indorser, or other codebtor.
                              (Attach copy of power of attorney, if any.)       or their authorized agent.          (See Bankruptcy Rule 3005.)
                                                                                (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  _____
Title:          _____
Company:    _____          _____
Address and telephone number (if different from notice address above):          (Signature)                                (Date)
_____
_____
_____
Telephone number:                    email:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4.  Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)  If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5.  Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6.  Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.  Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d).  If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8.  Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company.  Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____                                                                                  _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity
that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to
whom debtor owes a debt that was incurred before
the date of the bankruptcy filing. See 11 U.S.C.
§101 (10).

**Claim**
A claim is the creditor's right to receive payment for
a debt owed by the debtor on the date of the
bankruptcy filing. See 11 U.S.C. §101 (5). A claim
may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to
indicate the amount of the debt owed by the debtor
on the date of the bankruptcy filing. The creditor
must file the form with the clerk of the same
bankruptcy court in which the bankruptcy case was
filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property
of the debtor. The claim is secured so long as the
creditor has the right to be paid from the property
prior to other creditors. The amount of the secured
claim cannot exceed the value of the property. Any
amount owed to the creditor in excess of the value of
the property is an unsecured claim. Examples of
liens on property include a mortgage on real estate or
a security interest in a car. A lien may be voluntarily
granted by a debtor or may be obtained through a
court proceeding. In some states, a court judgment is
a lien.

A claim also may be secured if the creditor owes the
debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the
requirements of a secured claim. A claim may be
partly unsecured if the amount of the claim exceeds
the value of the property on which the creditor has a
lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507
(a)**
Priority claims are certain categories of unsecured
claims that are paid from the available money or
property in a bankruptcy case before other unsecured
claims.

**Redacted**
A document has been redacted when the person filing
it has masked, edited out, or otherwise deleted,
certain information. A creditor must show only the
last four digits of any social-security, individual's
tax-identification, or financial-account number, only
the initials of a minor's name, and only the year of
any person's date of birth. If the claim is based on the
delivery of health care goods or services, limit the
disclosure of the goods or services so as to avoid
embarrassment or the disclosure of confidential
health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien,
certificate of title, financing statement, or other
document showing that the lien has been filed or
recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may
either enclose a stamped self-addressed envelope and
a copy of this proof of claim or you may access the
court's PACER system
(www.pacer.psc.uscourts.gov) for a small fee to view
your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing
claims for an amount less than the face value of the
claims. One or more of these entities may contact the
creditor and offer to purchase the claim. Some of the
written communications from these entities may
easily be confused with official court documentation
or communications from the debtor. These entities
do not represent the bankruptcy court or the debtor.
The creditor has no obligation to sell its claim.
However, if the creditor decides to sell its claim, any
transfer of such claim is subject to FRBP 3001(e),
any applicable provisions of the Bankruptcy Code
(11 U.S.C. § 101 *et seq.*), and any applicable orders
of the bankruptcy court.

CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Andrew H. Griffin, III, Esq.   S.B.N. 108378
Law Offices of Andrew H. Griffin, III
275 E. Douglas Avenue, Suite 112
El Cajon, California 92020
Tel. (619) 440-5000

Order Entered on
June 26, 2012
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Hortensia Carmona,

Debtor.

BANKRUPTCY NO. 12-08679-PB11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Peter W. Bowie

## ORDER ON

## APPLICATION FOR ORDER SETTING CLAIMS BAR DATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __two__ with exhibits, if any, for a total of __two__ pages, is granted.  Motion/Application Docket Entry No. __10__

//

//

//

//

//

//

DATED:   June 25, 2012

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Andrew H. Griffin,III
(Firm name)

By: /s/ Andrew H. Griffin,III
   Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [11/15/04](Page 2)
ORDER ON  APPLICATION FOR ORDER SETTING CLAIMS BAR DATE
DEBTOR: Hortensia Carmona,                                    CASE NO: 12-08679-PB11

Upon review of Hortensia Carmona, Debtor and Debtor-in-Possession ("Debtor"), application to set a claims bar date herein, and finding that no notice to creditors is needed for such an application, and for good cause appearing therefor:

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:

1.) September 21, 2012, is set as the claims bar date in the within  case. All creditors or parties in interest whose claims are listed by the Debtor as unliquidated, contingent, or disputed who wish to assert a claim against Debtor must file a proof of claim with the United States Bankruptcy Court, Southern District of California, 325 West "F" Street, San Diego, California 92101, on or before September 21, 2012;

2.) In addition to the above, all creditors whose claims are not listed as unliquidated, disputed, or contingent, but who wish to assert a claim in an amount which is different than the amount listed by Debtor, must also file a proof of claim herein no later than September 21, 2012;

3). Debtor shall transmit a copy of this order to all creditors and parties in interest by first class mail at least thirty-one (31) days prior to September 21, 2012, pursuant to Local Bankruptcy Rule 3003-3 and Federal Rules of Bankruptcy Procedure Rule 2002(a)(7); and,

4.) After September 21, 2012, any and all creditors required to file a proof of claim under this order who fail to timely file such claims herein shall be barred from participation in any plan of reorganization of the Debtor or distribution form the Chapter 11 estate.

**CSD 1001A**

Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000  Telephone
(619) 440-5991  Facsimile

Attorney for Debtor-In-Possession,
Hortensia Carmona

# UNITED STATES BANKRUPTY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 12-08679-PB11 |
| Hortensia Carmona, | **CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL** |
| Debtor in Possession. | |

## CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

I, **_THEMBA GUILE_** declare that I am, and was at the time of service of the papers herein referred to over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred.  My business address is 275 E. Douglas Avenue, Suite 112, El Cajon, California 92020.  I served the following document(s):

**NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM OR INTEREST (CLAIMS BAR DATE)**

**(BLANK) PROOF OF CLAIM**

**ORDER ON APPLICATION FOR ORDER SETTING CLAIMS BAR DATE**

 X  (U.S. First Class Mail) by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

American Express
P.O. Box 105278
Atlanta, GA 30348-5278

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Austin P. Nagel, Esq.
111 Deerwood Road, Suite 305
San Ramon, CA 94583-1530

Bank of America Home Loans
P.O. Box 941633
Simi Valley, CA 93094-1633

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Miami, FL 33146-1837

Chase Bank
P.O. Box 15298
Wilmington DE 19850-5298

Creditors Bankruptcy
P.O. Box 740933
Dallas, TX 75374-0933

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Edward T. Weber
Routh, Crabtree Olsen PS
1241 E. Dryer Road, #250
Santa Ana, CA 92705-5611

Kohl's
P.O. Box 30510
Los Angeles, CA 90030-0510

Macy's
P.O. Box 8217
Mason OH, 45040-8217

OneWest Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009-9559

CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

1    Prober & Raphael, a Law Corp
     20780 Ventura Blvd., #100
2    Woodland Hills, CA 91364

3
     M&T Bank
4    Legal Document Processing
     1100 Wherle Drive
5    Williamsville, NY 14221-7748

6
     Target National Bank
7    c/o Weinstein and Riley, PS
     2001 Western Avenue, Suite 400
8    Seattle, WA 98121-3132

9
     Wells Fargo Card Services
10   c/o Recovery Department
     P.O. Box 9210
11   Des Moines, IA 50306-9210

12
     Wells Fargo Home Mortgage
13   P.O. Box 10335
     Des Moines, IA 50306-0335
14

15   Hortensia Carmona
     P.O. Box 62932
16   Los Angeles, CA 90062-0932

17
     Kristin T. Mihelic
18   Office of The United States Trustee
     402 West Broadway, Suite 600
19   San Diego, California 92101-8511

20   I then sealed each envelope and, with the postage for first class mail thereon fully prepaid, deposited
     each in the United States mail at El Cajon, California, on June 26, 2012.
21

22   I declare under the penalty of perjury according to the laws of the United States of America that the
     foregoing is true and correct and that this declaration was executed on June 26, 2012, in the County
23   of San Diego, State of California.

24                                                /s/ Themba Guile
                                                  _____
25                                                Themba Guile

26

27

28

- 3 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL