Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000  Telephone
(619) 440-5991  Facsimile

Attorney for Debtor-In-Possession,
Hortensia Carmona

# UNITED STATES BANKRUPTY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 12-08679-PB11 |
| Hortensia Carmona, | **NOTICE OF FIRST DAY/EMERGENCY MOTION FILED BY HORTENSIA CARMONA FOR INTERIM USE OF CASH COLLATERAL OF ONE WEST BANK, FSB – 881 E. 41st Street, Los Angeles, CA 90011** |
| Debtor-in-Possession. | |
| | Judge: Honorable Peter W. Bowie |

**TO THE HONORABLE, UNITED STATES BANKRUPTCY JUDGE, THE HONORABLE PETER W. BOWIE; THE UNITED STATES TRUSTEE; SECURED CREDITOR ONE WEST BANK, FSB:**

**NOTICE IS HEREBY GIVEN THAT** the Debtor and Debtor-In-Possession, Hortensia Carmona ("Debtor") intends to and hereby does move the Court for an Order granting the following *First Day/Emergency Motion*, a true and correct copy of each of which has been duly filed and served concurrently herewith:

**FURTHER NOTICE IS HEREBY GIVEN THAT** the *First Day/Emergency Motions* identified above have been filed pursuant to Appendix Dl of the Local Bankruptcy Rules of the Southern

District of California. Any Party in Interest who opposes the *First Day Motion* identified above must immediately notify - the law clerk to the Honorable Peter W. Bowie (the judge assigned to this bankruptcy case) - by calling (619) 557-5157. NO WRITTEN OPPOSITION SHALL BE FILED TO THE *FIRST DAY MOTION* IDENTIFIED ABOVE UNLESS THE COURT OTHERWISE AUTHORIZES AND DIRECTS.

Debtor is aware that the above referenced action was filed on June 20, 2012. The Debtor stopped the use of cash collateral immediately upon the filing and has been operating by informing creditors that payment on ongoing operational expenses will be delayed for a short period of time.

As such, the Debtor respectfully requests that the above noticed motions be treated as first day motions under Appendix D1. Notice will be provided to the ONE WEST BANK, FSB, and the FDIC by certified mail.

**Law Offices of Andrew H. Griffin, III**

Dated: June 22, 2012         /s/ Andrew H. Griffin, III
                              Andrew H. Griffin, III, Esq.
                              Attorney for Debtor-In-Possession,
                              Hortensia Carmona

## DECLARATION OF SERVICE VIA U.S. CERTIFIED MAIL & U.S. FIRST CLASS MAIL

*I, **THEMBA GUILE** declare that I am, and was at the time of service of the papers herein referred to over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 275 E. Douglas Avenue, Suite 112, El Cajon, California 92020. I served the following document(s):*

**NOTICE OF FIRST DAY/EMERGENCY MOTION FILED BY HORTENSIA CARMONA FOR INTERIM USE OF CASH COLLATERAL OF ONE WEST BANK, FSB – 881 E. 41st Street, Los Angeles, CA 90011**

**EMERGENCY/FIRST DAY MOTION FOR USE OF MOTION FOR USE OF CASH COLLATERAL FOR ONE WEST BANK – 881 E. 41st Street, Los Angeles, CA 90011**

**DECLARATION OF HORTENSIA CARMONA IN SUPPORT OF MOTION FOR USE OF CASH COLLATERAL FOR ONE WEST BANK – 881 E. 41st Street, Los Angeles, CA 90011**

 X  (U.S. Certified Mail) by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Joseph M. Otting, CEO, President and Director
OneWest Bank, FSB
888 East Walnut Street
Pasadena, CA 91101
*(Sent via Certified Mail)*
*(CEO, President and Director for OneWest Bank)*

Joseph J. Sano
Federal Deposit Insurance Corp.
25 Jessie Street at Ecker Square, Suite 1400
San Francisco, CA 94105
*(Sent via Certified Mail)*

 X  (U.S. First Class Mail) by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

American Express
P.O. Box 105278
Atlanta, GA 30348-5278

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Austin P. Nagel, Esq.
111 Deerwood Road, Suite 305
San Ramon, CA 94583-1530

Bank of America Home Loans
P.O. Box 941633
Simi Valley, CA 93094-1633

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Miami, FL 33146-1837

Chase Bank
P.O. Box 15298
Wilmington DE 19850-5298

Creditors Bankruptcy
P.O. Box 740933
Dallas, TX 75374-0933

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Edward T. Weber
Routh, Crabtree Olsen PS
1241 E. Dryer Road, #250
Santa Ana, CA 92705-5611

Kohl's
P.O. Box 30510
Los Angeles, CA 90030-0510

Macy's
P.O. Box 8217
Mason OH, 45040-8217

OneWest Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009-9559

Prober & Raphael, a Law Corp
20780 Ventura Blvd., #100
Woodland Hills, CA 91364

M&T Bank
Legal Document Processing
1100 Wherle Drive
Williamsville, NY 14221-7748

Target National Bank
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Wells Fargo Card Services
c/o Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Frances Hornback
18809 Pepperdine Drive
Carson, CA 90746

Hortensia Carmona
P.O. Box 62932
Los Angeles, CA 90062-0932

Kristin T. Mihelic
Office of The United States Trustee
402 West Broadway, Suite 600
San Diego, California 92101-8511

I then sealed each envelope and, with the postage for U.S. First Class Mail thereon fully prepaid, deposited each in the United States mail at El Cajon, California, on June 26, 2012.

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 26, 2012, in the County of San Diego, State of California.

                              /s/ Themba Guile
                              Themba Guile

NOTICE OF FIRST DAY/EMERGENCY MOTION FILED BY HORTENSIA CARMONA FOR INTERIM USE OF CASH COLLATERAL OF ONE WEST BANK, FSB – 881 E. 41st Street, Los Angeles, CA 90011