CSD 1100 [11/01/11]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

**AMENDMENT**

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: _____    Signature _____
                                    Attorney for Debtor

**DECLARATION OF DEBTOR**

I [We] _____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of_____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: _____
        _____          _____
              Debtor                           Joint Debtor

CSD 1100                                **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ____ day of _____, 20___, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   Chpt. 7 Trustee:

| [ ] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
           (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

`CSD 1100`

B6A (Official Form 6A) (12/07)

In re  **Hortensia Carmona**,
Debtor

Case No. __12-08679-PB11__

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Residence<br>20525 Kenwood Avenue<br>Torrance, CA 90502 | Fee simple | - | 270,000.00 | 404,226.00 |
| 881 E. 41st Street<br>Los Angeles, CA 90011<br>Fourplex | Fee simple | - | 290,000.00 | 499,642.00 |
| Commercial Property located at:<br>10113, 10113 1/2 , 10115 S. Main Street<br>Los Angeles, CA 90003 | Fee simple | - | 170,000.00 | 205,000.00 |
| 1503 N. Frances Street<br>Terrell, TX 75160 | Fee simple | - | 25,000.00 | 47,994.00 |
| 9853-9855 Arabian Nights<br>El Paso, TX 79924 | Fee simple | - | 80,000.00 | 109,491.00 |
| 9857-9859 Arabian Nights<br>El Paso, TX 79924 | Fee simple | - | 80,000.00 | 107,925.72 |
| Vacant Land<br>Lot 13 of Duchesne Mini Ranch , Utah 84021<br>Phase 3, 2.5 acres Fully paid | Fee simple | - | 13,500.00 | 0.00 |
| 10117,10121, 10123 S. Main St.<br>Los Angeles, CA 90003<br>Triplex Commercial building:<br>in the name of Worldwide Ballistic, Inc., Ramon Carmona, Amador Carmona | Tenant in common | - | 72,600.00 | 300,000.00 |
| lot #1-343 Cygnus Ave. Ocean Shore ,Washington 98569<br>in the name of Worldwide Ballistic, Inc. 100% owner (Company) Fully paid | Tenant in common | - | 13,000.00 | 0.00 |

Sub-Total >   1,014,100.00   (Total of this page)

__1__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   Hortensia Carmona                                                                Case No.  __12-08679-PB11__
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Lot #2-454 Volans Ave SW. Ocean Shore, Washington 98569 in the name of Worldwide Ballistic, Inc. 100% owner (Company) Fully paid   (CORRECTED) | Tenant in common | - | 13,000.00 | 0.00 |
| Vacant land in Mexico #1 de Lote 9 Manzana 11 Valleds Del Mar, Rosarito, BC (Mexico) Fully paid | Joint tenant | - | 7,000.00 | 0.00 |
| Vacant Land #2- de Lote 8 Manzana 11 Valles de Mar, Rosarito, BC (Mexico) Fully paid | Joint tenant | - | 7,000.00 | 0.00 |
| Vacant Land #3- Mexico de Lote 30 Manzana Punta Azul, Rosarito, BC (Mexico) | Joint tenant | - | 12,000.00 | 6,000.00 |
| Calle 20 de Noviembre # 18, Ciudad Hidalgo House and Lot in Michoacan, Mexico Fully paid | Fee simple | - | 39,000.00 | 0.00 |
| Calle Reforma #58, Ciudad Hidalgo House and Lot in Michoacan, Mexico Fully paid | Fee simple | - | 18,000.00 | 0.00 |
| Vacant Raw Land in Michoacan, Mexico Fully paid | Joint tenant | - | 1,200.00 | 0.00 |

Sub-Total >     97,200.00     (Total of this page)

Total >     1,111,300.00

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                       Best Case Bankruptcy

Andrew H. Griffin, III, (State Bar Number 108378)
Law Offices of **ANDREW H. GRIFFIN, III**
275 E. Douglas Avenue, Suite 112
El Cajon, CA 92020-4547
(619) 440-5000  Telephone
(619) 440-5991  Facsimile

Attorney for Debtor-In-Possession,
Hortensia Carmona

# UNITED STATES BANKRUPTY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 12-08679-PB11 |
| Hortensia Carmona, | **CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL** |
| Debtor in Possession. | |

### CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

I, *THEMBA GUILE* declare that I am, and was at the time of service of the papers herein referred to over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 275 E. Douglas Avenue, Suite 112, El Cajon, California 92020. I served the following document(s):

**AMENDMENT**

**AMENDED SCHEDULE A**

 X  (U.S. First Class Mail) by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

American Express
P.O. Box 105278
Atlanta, GA 30348-5278

```
 1 | American Express
    | P.O. Box 981537
 2 | El Paso, TX 79998-1537
 3 |
    | Austin P. Nagel, Esq.
 4 | 111 Deerwood Road, Suite 305
    | San Ramon, CA 94583-1530
 5 |
    | Bank of America Home Loans
 6 | P.O. Box 941633
 7 | Simi Valley, CA 93094-1633
 8 | Bank of America
    | P.O. Box 660933
 9 | Dallas, TX 75266-0933
10 |
    | Bayview Loan Servicing, LLC
11 | 4425 Ponce De Leon Blvd., 5th Floor
    | Miami, FL 33146-1837
12 |
13 | Chase Bank
    | P.O. Box 15298
14 | Wilmington DE 19850-5298
15 |
    | Creditors Bankruptcy
16 | P.O. Box 740933
    | Dallas, TX 75374-0933
17 |
    | Discover Bank
18 | DB Servicing Corporation
    | P.O. Box 3025
19 | New Albany, OH 43054-3025
20 |
    | Edward T. Weber
21 | Routh, Crabtree Olsen PS
    | 1241 E. Dryer Road, #250
22 | Santa Ana, CA 92705-5611
23 |
    | Frances Hornback
24 | 18809 Pepperdine Drive
    | Carson, CA 90746
25 |
26 | Kohl's
    | P.O. Box 30510
27 | Los Angeles, CA 90030-0510
28 |
```

- 2 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

| | |
|---|---|
| 1 | Macy's |
| | P.O. Box 8217 |
| 2 | Mason OH, 45040-8217 |
| 3 | |
| | OneWest Bank, FSB |
| 4 | 6900 Beatrice Drive |
| | Kalamazoo, MI 49009-9559 |
| 5 | |
| | PROBER & RAPHAEL, A LAW CORPORATION |
| 6 | 20750 Ventura Boulevard, Suite 100 |
| 7 | Woodland Hills, California 91364 |
| 8 | McCarthy & Holthus, LLP |
| | 1770 Fourth Avenue |
| 9 | San Diego, CA 92101 |
| 10 | |
| | M&T Bank |
| 11 | Legal Document Processing |
| | 1100 Wherle Drive |
| 12 | Williamsville, NY 14221-7748 |
| 13 | |
| | Target National Bank |
| 14 | c/o Weinstein and Riley, PS |
| | 2001 Western Avenue, Suite 400 |
| 15 | Seattle, WA 98121-3132 |
| 16 | |
| | Wells Fargo Card Services |
| 17 | c/o Recovery Department |
| | P.O. Box 9210 |
| 18 | Des Moines, IA 50306-9210 |
| 19 | |
| | Wells Fargo Home Mortgage |
| 20 | P.O. Box 10335 |
| | Des Moines, IA 50306-0335 |
| 21 | |
| 22 | Hortensia Carmona |
| | P.O. Box 62932 |
| 23 | Los Angeles, CA 90062-0932 |
| 24 | |
| | Kristin T. Mihelic |
| 25 | Office of The United States Trustee |
| | 402 West Broadway, Suite 600 |
| 26 | San Diego, California 92101-8511 |
| 27 | |
| 28 | |

- 3 -
CERTIFICATE OF SERVICE VIA U.S. FIRST CLASS MAIL

1  I then sealed each envelope and, with the postage for first class mail thereon fully prepaid, deposited each in the United States mail at El Cajon, California, on July 9, 2012.

2

3  I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 9, 2012, in the County of San Diego, State of California.

4

5               /s/ Themba Guile
              Themba Guile